# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ELAINE L. CHAO, Secretary
of Labor, United States Department
of Labor,

        Plaintiff,        Case No. 05-C-885

        v.

LOCAL 7-295, PAPER, ALLIED-
INDUSTRIAL, CHEMICAL AND
ENERGY WORKERS INTERNATIONAL
UNION, AFL-CIO, CLC, BROOKFIELD,
WISCONSIN,

        Defendant.

## OPINION AND ORDER

The Plaintiff has notified the court that she wishes to dismiss this case voluntarily. See Federal Rule of Civil Procedure 41(a). Although the Defendant has been served, the Defendant has not filed an answer or other responsive pleading.

Accordingly, the court ORDERS that this action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a judgment of dismissal as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Elaine L. Chao brought this action against Defendant Local 7-295, Paper, Allied-Industrial, Chemical and Energy Workers International Union, AFL-CIO, CLC, Brookfield, Wisconsin before the court, the Honorable

Thomas J. Curran, District Judge, presiding, and the Plaintiff having dismissed her Complaint voluntarily,

IT IS ORDERED AND ADJUDGED

that this action is dismissed without prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 25th day of October, 2005.

                                    s/ Thomas J. Curran
                                    Thomas J. Curran
                                    United States District Judge